IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BMG MUSIC, et al.,

       Plaintiffs,

  v.                                   Case No. 3:05cv28/RV/MD

ATAHDA MARSHALL,

       Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of the parties' stipulation for dismissal pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is ORDERED:

(1) This cause is hereby DISMISSED without prejudice, and without taxation of costs.

(2) The Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this   16th   day of June, 2005.


                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **Senior U.S. District Judge**